MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HEATHER M. MELTON   (CABN 260870)
Special Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7200
Fax: (415) 436-7234
E-Mail: heather.melton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JODY CALKINS,<br><br>    Defendant. | No. CR 12-00543 JSW<br><br>STIPULATION TO CONTINUE APPEARANCE OF JODY CALKINS AND [PROPOSED] ORDER TO EXCLUDE TIME |

The defendant, JODY CALKINS, represented by Niall Lynch, Esq., and the government, represented by HEATHER M. MELTON, Special Assistant United States Attorney, jointly request that this matter be continued until August 16, 2012 at 9:30 a.m. before the duty magistrate judge.  The continuance is requested due to the unavailability of counsel.  Counsels also jointly request that time be excluded from the Speedy Trial Act from August 1, 2012 through August 16, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The exclusion of time is based on both the effective preparation of counsels as well as the continuity of counsel.

//

//

| | | |
|---|---|---|
| 1 | DATED: August 8, 2012 | Respectfully submitted, |
| 2 | | MELINDA HAAG<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | By____/s/_____<br>HEATHER M. MELTON<br>Special Assistant U.S. Attorney |
| 6 | DATED: August 8, 2012 | |
| 7 | | |
| 8 | | By___/s/_____<br>NIALL LYNCH, Esq.<br>LATHAM & WATKINS<br>Attorney for Defendant JODY CALKINS |

11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

# [PROPOSED] ORDER

The Court hereby continues the appearance in the above-captioned matter to August 16, 2012 before the duty magistrate judge. Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 1, 2012 and August 16, 2012, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between August 1, 2012 and August 16, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between August 1, 2012 and August 16, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: August 9, 2012

LAUREL BEELER
United States Magistrate Judge